# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUIDEONE MUTUAL<br>INSURANCE COMPANY<br>    1111 Ashworth Road<br>    West Des Moines, IA 50265<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NATIONAL BAPTIST<br>CONVENTION INCORPORATED<br>    601 50th Street, NE<br>    Washington, D.C. 20019<br><br>    Defendant. | Case No. 1:16-cv-00402-JEB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff GuideOne Mutual Insurance Company and Defendant Progressive National Baptist Convention Incorporated hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice and without costs.

May 23, 2016

Respectfully submitted,

/s/   Deborah E. Kane

Deborah E. Kane (D.C. Bar No. 433925)
HARTEL, KANE, DeSANTIS & HOWIE, LLP
7467 Ridge Road, Suite 100
Hanover, MD 21076-3118
Tel: (301) 486-1200
dkane@hartelkane.com

*Attorney for Plaintiff GuideOne Mutual Insurance Company*

/s/   Marialuisa S. Gallozzi

Marialuisa S. Gallozzi (D.C. Bar No. 413874)
Teresa T. Lewi (D.C. Bar No. 1028859)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
Tel: (202) 662-6000
mgallozzi@cov.com
tlewi@cov.com

*Attorneys for Defendant Progressive
National Baptist Convention Incorporated*

SO ORDERED:

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23th day of May 2016, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/   Deborah E. Kane

Deborah E. Kane (D.C. Bar No. 433925)
HARTEL, KANE, DeSANTIS & HOWIE, LLP
7467 Ridge Road, Suite 100
Hanover, MD 21076-3118
Tel: (301) 486-1200
dkane@hartelkane.com

*Attorney for Plaintiff GuideOne Mutual Insurance Company*